No. 11–8632.  NICHOLS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 11–8635.  MARTIN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–8915.  HOLAND v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 11–9104.  PELLETIER v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 11–9228.  HARRIS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–9325.  CHAFFO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–9426.  SALAZAR, AKA SOLAZAR v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–9431.  RICHARDSON v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 11–9437.  THOMPSON v. PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 11–9448.  CORPORAL v. MORGAN, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–9449.  GARRETT v. RUNNELS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–9451.  HILL v. MUWWAKKIL.  Sup. Ct. Va.  Certiorari denied.

No. 11–9458.  HAYNES v. R. W. SELBY CO. INC. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–9461.  TRICOME v. GOOGLE, INC.  Sup. Ct. Pa.  Certiorari denied.

No. 11–9471.  HOFELICH v. HAWAII ET AL.  C. A. 9th Cir. Certiorari denied.

No. 11–9472.  GEMAS v. HENEKS ET AL.  C. A. 3d Cir.  Certiorari denied.